UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON COKE PRATER,

       Petitioner,                                   Case No. 1:03-cv-673

v.                                                    Hon. Richard Alan Enslen

PAUL RENICO,

       Respondent.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 3, 2006, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons) stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                         /s/Richard Alan Enslen
May 31, 2006                                     Richard Alan Enslen
                                                   Senior United States District Judge